CASE NO.: __10-14021-LMI__

☐ ___4th___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _____Larry Ruiz__._____    CO-DEBTOR: __Barbara Cardenas____
Last Four Digits of SS# __xxx-xx-1407_____    Last Four Digits of SS# __xxx-xx-8928_____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__340.02_____ for months ___1__ to __4__ ;

B. $__482.89_____ for months ___5___ to _60_ ;

C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $_3,500.00____    TOTAL PAID $_2,400.00_ .
    Balance Due    $_1,100.00____    payable $_91.67_ month (Months __1_ to __4_)
    payable $91.67 month (Months _5_ to _12_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _n/a_____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____ /month (Months_____ to _____)
    _____    Regular Payment $_____ /month (Months_____ to _____)
Account # _____    Arrears Payment $_____ /month (Months_____ to _____)

2. _____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____ /month (Months_____ to _____)
    _____    Regular Payment $_____ /month (Months_____ to _____)
Account # _____    Arrears Payment $_____ /month (Months_____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| n/a | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _Internal Revenue Service_    Total Due $7,015.00
    Payable    $_214.34_ /month (Months __1_ to _4_ )
    Payable    $300.00/month (Months _5_ to _12_ )
    Payable    $78.29/month (Months _13_ to _60_ )

Unsecured Creditors: Pay $_42.93_ month (Months __5_ to __12_ ) Pay $356.31/mo (Months 13 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying CitiMortgage, GMAC and US Bank directly outside the plan. If the debtors receive gambling winnings during the pendency of the plan that money will be turned over to the chapter 13 trustee for the benefit of the unsecured creditors.

Debtor
Date: __07-07-10__

Joint Debtor
Date: __07-07-10__

LF-31(rev. 06/02/08)