UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-14021

IN RE:
Larry Ruiz and Barbara Cardenas
    Debtor(s)
_____/

TRUSTEE'S MOTION TO DISMISS
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING
(Failure to provide income verification)

Nancy K. Neidich, Standing Chapter 13 Trustee, files this Motion to Dismiss for failure to provide income verification and states as follows:

1. This case was commenced voluntarily by the debtor with the filing of a Chapter 13 petition.

2. Based on information provided regarding the debtor's income prior to confirmation, the Trustee believed that the debtor's income was understated on the Schedule I or Statement of Current Monthly Income and Disposable Income Calculation (CMI form).

3. To avoid an evidentiary hearing on the debtors's income, the parties agreed to yearly income verification by providing the Trustee with copies of their tax returns each year. The debtors willingly included a provision in their plan to provide the Trustee with their tax returns and modify the plan  This particular provision was a negotiated agreement between the parties. The debtors benefitted from the agreement and the inclusion of this provision.

4. The debtor(s) have failed to provide the Trustee with their tax returns for the year(s) 2010, 2011, 2012, 2013 and 2014 (Gambling issues).

5. The debtor's failure to comply with a term of a confirmed plan is the basis for a dismissal pursuant to 11 U.S.C. §1307(c)(6).  The debtor proposed the plan and is bound by the terms of

the plan pursuant to 11 U.S.C. §1327. The failure to comply with the terms of the plan is a material default under 11 U.S.C. §1307. See *In re: Roberts* 249 B.R. 592 (Bkrty R.I, 2000), 279 B.R. 396, (1st Cir.BAP (R.I.) 2000) and 279 F.3d 91, (1st Cir.2002). See also *In re: Valdez* (10-37326-LMI ECF #136 entered November 24, 2014).

WHEREFORE, the Trustee requests that this case be dismissed.

I hereby certify that a true and correct copy of the foregoing and the notice of hearing generated by the Clerk of the Court was served through ECF on debtor's attorney on May 20, 2015

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
FLORIDA BAR NO.: 441856
AMY E. CARRINGTON, ESQUIRE
FLORIDA BAR NO: 0101877
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402